UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
__Dallas__ DIVISION

HONORABLE __Judge Barbara M.G. Lynn__ PRESIDING
DEPUTY CLERK __Lori Anne Montgomery__   COURT REPORTER/TAPE: __Sue Engledow__
LAW CLERK _____   USPO _____
INTERPRETER _____   COURT TIME: _____

A.M. __9:15-10:45__   P.M. __5:05-5:30__   DATE: __11/8/05__
__11:00-12:45__

UNITED STATES OF AMERICA   CR. No. __3:05-cr-124-M (05)__   __Mike Gill / Sarah Saldaña__ AUSA
§   _____ Case Agent
v.   §
§
§
__Myna Tran__   §   __Carlos Cardona__ ☐
Defendant(s) Name and Number(s)   Counsel for Deft(s) Appt-(A), Retd-(R), FPD-(F)

__9th__ DAY OF (JURY) ~~COURT~~ TRIAL

☐ kowarr.   Deft. _____ failed to appear, bench warrant to issue.
☐ kptrlcnf.   Pretrial Conference held prior to trial.
☐ kvdirbgn.   Voir dire begins. ☐ kbntrlbgn. Bench trial begins. ☐ kwvjy. Waiver of Jury Trial.
☐ ......   Jury impaneled. ☐ Jury selected ☐ Jury sworn
☑ kjytrl.   Jury trial held. ☐ ...... Bench trial held.
☐ ......   ☐ Govt ☐ Deft evidence presented.
☐ kdm.   Deft _____ motion for _____ ☐ granted ☐ denied ☐ moot.
☐ kgm.   Govt motion for _____ ☐ granted ☐ denied.
☐ kmadv.   Deft _____ motion _____ taken under advisement.
☐ kdoralm.   Deft _____ motion _____ ☐ granted ☐ denied.
☑ ......   Evidence concluded.
☑ ......   Final arguments. ☐ ....Court deliberating.
☐ ......   Court's charge to the jury.
☑ ......   Jury deliberating. ☐ ....Jury questions filed.
☑ kjv.   Jury verdict Rendered (See Verdict Form).
☐ kctv.   Court verdict Rendered (See Verdict Form).
☑ ......   Jury trial ends.
☑ ......   Order for PSI, Disclosure and Sentencing dates ~~entered~~ to follow
☑ ksen.   Sentencing set for __02.15.06__ at __9:00 a.m.__
☑ ko.(bnd.)   Bond ☑ continued or ☐ revoked
☐ ko.(bnd.)   Deft bond ☐ set to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ ......   Defendant Custody/Detention continued.
☐ kloc.(LC)   Defendant REMANDED to custody.

☐ ......   STATUS OF EXHIBITS: _____

OTHER PROCEEDINGS: __Court added electronic monitoring to dft's conds. of release.__

DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 8 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Adjourned until _____

Copy to:   Minute Order Book